66 F.3d 312
 Bill Saunders
v.
American Telephone and Telegraph Company, Inc., Timothy
Schrader, Vice President AT&T International, Far East Ltd.,
New Jersey State Commission on Arts, Executive Board
Members, Samuel D. Lenox, Superior Court Judge of State of
New Jersey, John and Mary Does, State of New York, Justices
of Supreme Court, County of New York, People of State of New
York, George Poor, Gladys Poor, Geraldine Poor Saunders,
John Does, Mary Does
 NO. 95-5068
 United States Court of Appeals,
Third Circuit.
 Aug 07, 1995
 
 Appeal From: D.N.J., No. 94-cv-01480,
 Thompson, J.
 
 
 1
 AFFIRMED.